IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

TEXAS J. STIGALL,                          )
                                           )
                    Plaintiff,             )        Case No. 05-843-KI
                                           )
        vs.                                )        ORDER
                                           )
JO ANNE B. BARNHART,                       )
Commissioner of Social Security,           )
                                           )
                    Defendant.             )


        Alan Stuart Graf
        P. O. Box 98
        Summertown, TN  38483

                Attorney for Plaintiff

        Karin J. Immergut
        United States Attorney
        District of Oregon
        Neil J. Evans
        Assistant United States Attorney
        1000 S. W. Third Avenue, Suite 600
        Portland, Oregon  97204


Page 1 - ORDER

Michael McGauhran
Nancy a. Mishalanie
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington  98104-7075

       Attorneys for Defendant


KING, Judge:

       Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,704.86 and no expenses are awarded to plaintiff pursuant to the Equal Access to Justice Act.

       Dated this ____12th_____ day of May, 2006.


                    ____/s/ Garr M. King_____
                    Garr M. King
                    United States District Judge